# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                               :          NO. 496
                                                     :
ORDER AMENDING RULES 203 AND       :          CRIMINAL PROCEDURAL RULES
513 OF THE PENNSYLVANIA RULES OF :
CRIMINAL PROCEDURE                         :          DOCKET
                                                     :
                                                     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 9th day of November, 2017, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 Pa.B. 182 (January 14, 2017)*, and a *Final Report* to be published with this **ORDER:**

       **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendment to Pennsylvania Rules of Criminal Procedure 203 and 513 are adopted, in the attached form.

       This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.